# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVONNE CABRERA, | Case No. 2:24-cv-01064-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Ivonne Cabrera has submitted a Petition for Writ of Habeas Corpus (ECF No. 1-2), but she has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Cabrera submitted her financial declaration and acknowledgement, but she has not submitted her financial certificate or a copy of her account statement. It appears that Cabrera requested these documents on May 30, 2024. Cabrera has 45 days from the date of this Order to submit these missing IFP documents. Alternatively, she has 45 days to pay the $5 filing fee. Cabrera may request an extension of this deadline if necessary.

///

**IT IS THEREFORE ORDERED** that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-2) is deferred to until such time as Cabrera has fully complied with this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court send Cabrera a blank form IFP application for incarcerated litigants.

**IT IS FURTHER ORDERED** that **within 45 days of the date of this Order**, Cabrera must file her missing IFP documents, as outlined in this Order, or pay the $5 filing fee.

**IT IS FURTHER ORDERED** that Cabrera's failure to comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

**DATED:** June 20, 2024

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**