# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVONNE CABRERA, | Case No. 2:24-cv-01064-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

This habeas matter is before this Court on counseled Petitioner Ivonne Cabrera's motion for an extension of time to file her reply to respondents' opposition to her motion for stay. (ECF No. 19.) This is Cabrera's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 19) is granted. Cabrera has up to and including January 13, 2025, to file her reply.

**DATED:** December 27, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**