# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| IVONNE CABRERA, | Case No. 2:24-cv-01064-RFB-BNW |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

This habeas matter is before this Court on Respondents' motion for an extension of time to file their answering brief and counseled Petitioner Ivonne Cabrera's motion for an extension of time to file her reply to her motion for stay. (ECF Nos. 21, 23.) Regarding the latter motion, which is Cabrera's second request for an extension of this deadline, the Court finds good cause exists to grant the motion. Regarding the former motion, Respondents explain that an extension of time to file their answer is necessary given that the pending motion to strike and motion to stay need to be decided first. This Court agrees.

**IT IS THEREFORE ORDERED** that Cabrera's motion for extension of time to file her reply to the motion for stay (ECF No. 23) is granted. Cabrera has up to and including February 12, 2025, to file her reply.

**IT IS FURTHER ORDERED** that Respondents' motion for an extension of time to file their answer (ECF No. 21) is granted. Respondents' deadline to file their answer is vacated until further order of this Court.

**DATED:** January 22, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**