# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVONNE CABRERA, | Case No. 2:24-cv-01064-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

    This habeas matter is before this Court on counseled Petitioner Ivonne Cabrera's unopposed motion for a 12-day extension of time to file her reply to her motion for stay. (ECF No. 26.) This is Cabrera's third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    **IT IS THEREFORE ORDERED** that Cabrera's motion for extension of time to file her reply to the Motion to Stay (ECF No. 26) is **GRANTED**, *nunc pro tunc*. Cabrera has up to and including February 24, 2025, to file her reply.

    **DATED**: this 18th day of February 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**