1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7    IVONNE CABRERA,                                    Case No. 2:24-cv-01064-RFB-BNW

8                    Petitioner,                                    **ORDER**

9            v.

10    STATE OF NEVADA, et al.,

11                    Respondents.

12
13          Petitioner Ivonne Cabrera initiated this federal habeas action on June 7, 2024. (ECF No.

14    1). This Court granted Cabrera's motion for appointment of counsel and appointed the Federal

15    Public Defender to represent her. (ECF Nos. 6, 11). This Court then granted Cabrera's motion for

16    a stay and administratively closed this case. (ECF No. 29). The Federal Public Defender has now

17    moved to reopen this matter for the limited purpose of withdrawing as counsel due to a conflict.

18    (ECF Nos. 30, 31). This Court will reopen this action for the limited purpose of appointing new

19    counsel.

20          Therefore, **IT IS ORDERED** that the motion to reopen (ECF No. 30) is **GRANTED**. The

21    Clerk of the Court is kindly requested to reopen this action.

22          **IT IS FURTHER ORDERED** that the Federal Public Defender is released as counsel for

23    Cabrera.

24          **IT IS FURTHER ORDERED** that Benjamin Patrick Ramos is appointed to represent

25    Cabrera, *nunc pro tunc* to May 15, 2025, in these proceedings and in all future proceedings in this

26    Court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18

27    U.S.C. § 3006A (a)(2)(B), until allowed to withdraw. Mr. Ramos's contact information is as

28    follows:

1

2

3

4

Benjamin Patrick Ramos
Law Office of Benjamin Ramos
705 E. Bidwell
Suite 2-359
Folsom, CA 95630
916-358-9842
Email: lex_docs@comcast.net

5

6         **IT IS FURTHER ORDERED** that Mr. Ramos enter a notice of appearance within 7 days

7    of the date of this Order.

8         **IT IS FURTHER ORDERED** that the Clerk of Court kindly (1) send a copy of this Order

9    to Cabrera at the Florence McClure Women's Correctional Center, (2) send Mr. Ramos a copy of

10   this Order and all other filings in this matter by regenerating the notices of electronic filing, (3)

11   send a copy of this Order to the Federal Public Defender, and (4) administratively reclose this

12   action.

13

14        **DATED:** May 16, 2025.

15

16                                                    **RICHARD F. BOULWARE, II**

17                                                    **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28